IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

J.B., a Minor, by and through T.B.,
his Father and Next Friend                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:14cv735-DPJ-FKB

MADISON COUNTY SCHOOL DISTRICT                                        DEFENDANT

### ORDER OF RECUSAL

This cause came before the Court on the *sua sponte* motion of the Court for the recusal of F. Keith Ball as the United States Magistrate Judge herein.

IT IS, THEREFORE, ORDERED that United States Magistrate F. Keith Ball does hereby recuse himself from hearing and/or determining any further matters in this cause.  All pending motions, and any future matters, which are the responsibility of the magistrate judge shall be submitted to United States Magistrate Judge Linda R. Anderson to whom this cause is hereby reassigned.

So ordered this the 24th  day of September, 2014.

*/s/ F. Keith Ball*
UNITED STATES MAGISTRATE JUDGE